No. 42947.—Protest 797058–G of Ziel and Co. (Seattle).

Opinion by BROWN, J. It was stipulated that the merchandise consists of timber the same as that passed upon in *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624). The protest was therefore sustained.

No. 42948.—Protests 237–K, etc., of H. Muehlstein & Co., Inc., et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Weber* v. *United States* (3 Cust. Ct. 8, C. D. 190) the hard-rubber dust in question was held dutiable at 25 percent under paragraph 1537 as claimed.

No. 42949.—Protest 832071–G of H. Muehlstein & Co., Inc. (Boston).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Weber* v. *United States* (3 Cust. Ct. 8, C. D. 190) the hard-rubber dust in question was held dutiable at 25 percent under paragraph 1537 as claimed.

No. 42950.—Protests 876053–G, etc., of Reliable Fur Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 41389 the fur pieces in question were held dutiable as waste at 10 percent under paragraph 1555 as claimed.

No. 42951.—Protest 844356–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573). The claim at 30 percent under paragraph 1502 was therefore sustained.

BEFORE THE SECOND DIVISION, JANUARY 4, 1940

No. 42952.—Protest 11126–K of Testing Machines, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of automatic testing machines, quadrant scales, paper scales, and micrometers and parts similar to those the subject of *Testing Machines, Inc.* v. *United States* (T. D. 49608). The claim at 27½ percent under paragraph 372 was therefore sustained.